# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 21, 2020

Bridget M. McCormack,
Chief Justice

160614 & (70)(75)(76)(77)

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                          SC: 160614
                                          COA: 322891
JONATHAN DEWIG HICKERSON,              Oakland CC: 2013-244355-FC
        Defendant-Appellant.

_____/

On order of the Court, the motions to add additional grounds for appeal are GRANTED. The application for leave to appeal the October 8, 2019 judgment of the Court of Appeals and the motion to remand are considered and, it appearing to this Court that the case of *Jones v Mississippi*, cert gtd ___ US ___; 140 S Ct 1293; 206 L Ed 2d 374 (March 9, 2020) (Docket No. 18-1259), is pending on appeal before the United States Supreme Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application and motion to remand be held in ABEYANCE pending the decision in that case. The motion to hold consideration of the application in abeyance for *People v Masalmani* (Docket No. 154773) is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 21, 2020



Clerk

t1014